James J. Crozier and Others, Appellants, v. James F. Richardson and Others, Respondents.— Motion denied. Present — Jenks, P. J., Mills, Putnam and Blackmar, JJ.

The Cupples Cordage Company, Appellant, v. The City of New York and Another, Respondents.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

Richard C. De Normandie, Respondent, v. Bay View Heights Land Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

Patrick Dwyer, Respondent, v. New York and Queens County Railway Company, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

Oscar Geier, Appellant, v. Greater New York Meat Company, Inc., and Others, Defendants. Otto Dommasch, Respondent.— Motion to dismiss appeal denied on condition that plaintiff perfect the appeal, place the case on the November calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

J. & M. Haffen Brewing Company, Respondent, v. City of Yonkers, Appellant.— Motion to dismiss appeal denied on condition that defendant perfect the appeal, place the case on the November calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

Imperator Realty Company, Inc., Appellant, v. Tesremos Realty Corporation and Others, Defendants. Edmond F. McCarthy, Respondent.— Motion denied upon condition that plaintiff perfect the appeal, place the case on the November calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

In the Matter of the Judicial Settlement of the Account of Cyrus M. Crum, as Sole Surviving Executor of John W. Schuler, Deceased, etc. — Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

In the Matter of the Probate of the Last Will and Testament of Henry R. Howell, Deceased.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

In the Matter of the Application of Albert Hughes, for Admission to the Bar.— Application granted. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

In the Matter of the Application of John H. Needham, for Admission to the Bar.— Application granted. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.